IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STEPHEN M. CHAZEN,             }
                               }
    Plaintiff                  }
                               }      CIVIL ACTION NO.
vs.                            }
                               }      98-AR-0912-S
PHILIP METALS (OHIO), INC.,    }
ET AL.,                        }
                               }
    Defendants                 }

**MEMORANDUM OPINION**

The court has for consideration the motion filed on September 16, 1998, by defendants in the above-entitled cause seeking to strike plaintiff's jury demand for the trial of the limited question now scheduled to be submitted to a jury after trial to begin on September 28, 1998. The order of this court setting the jury trial was first entered on August 17, 1998. The jury section of the Clerk's office in this court has already undertaken the not inconsiderable task of selecting and summoning venirepersons for the purpose of striking a seven-person civil jury. The expense and work involved could have been avoided if defendants had filed their motion to strike earlier and it had been found meritorious. Both because of the delay and because the court finds the motion lack in merit, it will, by separate order, be denied.

DONE this 17th day of September, 1998.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE